IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RE:  KATHERINE M GROVES | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. Bank, N.A., its Successors | ) | |
| and/or Assigns | ) | Chapter 13 |
| Creditor, | ) | Case No. 09-31888 |
| | ) | |
| vs. | ) | |
| | ) | |
| KATHERINE M GROVES, | ) | |
| Debtor. | ) | |

## AGREED ORDER

THIS CAUSE COMING before the Court on the Motion of U.S. Bank, N.A. to Modify the Automatic Stay, the Court having jurisdiction and being duly advised in the premises, and due notice have been given to the parties entitled hereto;

IT IS HEREBY ORDERED:

1. The Motion for relief is resolved.

2. Within 14 days of the entry of this Order, attorneys for U.S. Bank will file an Amended Proof of Claim which will replace the claim filed on their behalf by debtor's counsel. The claim will be a full payoff claim.

   Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

Agreed:      /s/John Johnson                    /s/Cheryl Considine
             Debtors Counsel                    ARDC#6242779
             John Johnston                      Counsel for U.S. Bank, N.A.
                                                Cheryl Considine


             /s/Russell C. Simon
             Chapter 13 Trustee
             Russell C. Simon

ENTERED: June 21, 2010

                              /s/ Laura K. Grandy
                              _____
                              UNITED STATES BANKRUPTCY JUDGE